IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SEAN F. BRICKEY,
#140681                                                              PLAINTIFF

v.                          5:08CV00269JMM/HLJ

W.C. "DUB" BRASSELL
DETENTION CENTER, et al.                                             DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of November, 2008.

_____
United States District Judge